**WESTERMAN BALL EDERER MILLER
  ZUCKER & SHARFSTEIN, LLP**
Counsel to Kenneth P. Silverman, Esq.,
Chapter 7 Trustee of National Events Holdings LLC, *et al.*
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
*William C. Heuer, Esq.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

NATIONAL EVENTS HOLDINGS, LLC, *et al.*,

                              Debtors.

------------------------------------------------------------------X
KENNETH P. SILVERMAN, ESQ., THE
CHAPTER 7 TRUSTEE OF THE JOINTLY
ADMINISTERED ESTATES OF NATIONAL
EVENTS HOLDINGS, LLC, *et al.*,

                              Plaintiff,
        -against-

SIMON POSEN,

                              Defendant.
------------------------------------------------------------------X

Chapter 7
Case No.: 17-11556 (JLG)
(Jointly Administered)

Adv. Pro. No.: 19-01230 (JLG)

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO
RULE 7041 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**WHEREAS,** on June 3, 2019, plaintiff Kenneth P. Silverman, Esq., the Chapter 7 Trustee ("Trustee") of the jointly administered estates of National Events Holdings, LLC, National Event Company II, LLC, National Event Company III, LLC, National Events Intermediate, LLC, World Events Group, LLC, National Events of America, Inc., and New World Events Group, Inc. ("Debtors"), by his attorneys, Westerman Ball Ederer Miller Zucker & Sharfstein LLP, commenced the above-captioned adversary proceeding ("Adversary Proceeding") by filing a complaint ("Complaint") [Dkt No. 1] against defendant Simon Posen ("Defendant"); and

**WHEREAS**, the parties filed multiple stipulations extending the time for Defendant to respond to the Complaint.; and

**WHEREAS**, upon receipt of documentation from Defendant demonstrating the provision of fair consideration or reasonably equivalent value to the Debtors in exchange for the transfers received, the Trustee, in his business judgment, no longer believes the best interests of creditors are served by prosecuting claims against Defendant in the pending Adversary Proceeding.

**NOW, THEREFORE,** pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Trustee and Defendant hereby stipulate and agree that the above-captioned Adversary Proceeding is dismissed with prejudice without costs or fees to either party, as against Defendant.

This stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for purposes of this stipulation.

Dated: Jericho, New York
      November 6, 2020

**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**
Attorneys for plaintiff Kenneth P. Silverman, Esq., The Chapter 7 Trustee

By: _/s/ William C. Heuer_____
William C. Heuer
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200

Dated: New York, New York
      November 6, 2020

**PRYOR CASHMAN LLP**
Attorneys for defendant Simon Posen

By: _/s/ Richard Levy, Jr._____
Conrad K. Chiu
Richard Levy, Jr.
Andrew S. Richmond
7 Times Square
New York, New York 10036-6569
(212) 421-4100

GMEYERS/2561078.1/067493.1